JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>DELADIER MURILLO ALVAREZ,<br><br>    Defendant/Petitioner | Case No. EDCV 16-1558 VAP ✓<br>(EDCR 14-14 VAP)<br><br>**Judgment**<br>**[Doc. No. 1]** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/10/21

Virginia A. Phillips
United States District Judge

1